for the
District of Columbia

| United States of America | ) | Case: 1:23-mj-00344 |
| --- | --- | --- |
| v. | ) | Assigned To : Harvey, G. Michael |
| Kymberly Sylvester | ) | Assign. Date : 12/11/2023 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
|  | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kymberly Sylvester

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building ;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 12/11/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.12.11 12:30:32 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/11/23, and the person was arrested on *(date)* 12/13/23
at *(city and state)* PORTLAND, MAINE

Date: 12/13/23

*Arresting officer's signature*

SA K.S. ORMBERG
*Printed name and title*