UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CASE NO: 1:23-MJ-00344-GMH |
| ) | |
| **KIMBERLY SYLVESTER,** ) | |
| ) | |
| DEFENDANT. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Ms. Kimberly Sylvester, through undersigned counsel, hereby notifies this Court that she is substituting undersigned counsel, Marina Medvin, for court-appointed counsel, Heather Shaner.

Respectfully submitted,
By Counsel:

/s/
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on February 13, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/
Marina Medvin, Esq.