UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      v.                                  23-mj-344 Harvey

**KIMBERLY SYLVESTER**

### MOTION TO WITHDRAW AS COUNSEL

    Heather Shaner, having received Notice of Appearance of Retained Counsel, now moves this Honorable Court to permit her to withdraw as counsel.

Respectfully submitted,

_____/s/_____
H. Heather Shaner. #273276
Appointed by the Court for
Kimberly Sylvester
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com